UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN HUBBARD and AMY BAACK,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO and DOES 1-10,<br><br>Defendants. | Case No.:  24-cv-972-CAB-MMP<br><br>**ORDER DENYING PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**<br><br>**[Doc. No. 6]** |

On July 1, 2024, Plaintiffs filed an ex parte application for temporary restraining order and order to show cause why preliminary injunction should not issue.  [Doc. No. 6].  On July 3, 2024, Defendant City of San Diego filed an opposition. [Doc. No. 9].  On July 8, 2024, Plaintiffs filed an ex parte motion for leave to file a reply.  [Doc. No. 10].[1]

The Court held a hearing on July 12, 2024, and for the reasons stated on the record, Plaintiffs' motion for TRO and preliminary injunction is **DENIED.**  The pending motion

---

[1] As mentioned on the record, Plaintiffs' motion for leave to file a reply is **GRANTED** and the Court read and fully considered Plaintiffs' reply brief.

1

to dismiss briefing schedule remains the same.  Plaintiffs shall file their opposition to the motion to dismiss no later than **July 16, 2024.**  Defendant shall file their reply, if any, no later than **July 23, 2024**.  Once the motion to dismiss is fully briefed, the Court will take it under submission and determine whether oral argument is needed.

It is **so ORDERED.**

Dated:  July 12, 2024

Hon. Cathy Ann Bencivengo
United States District Judge