UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN HUBBARD, et al.,<br><br>                  Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO, et al.,<br><br>                  Defendants. | Case No.: 3:24-cv-972-CAB-MMP<br><br>**ORDER GRANTING PRELIMINARY INJUNCTION** |

On July 8, 2024, the Court denied Plaintiffs' motion for a preliminary injunction enjoining Defendants from enforcing San Diego Municipal Code ("SDMC") § 63.0102 against Plaintiffs. [Doc. No. 11.] Plaintiffs appealed. On June 4, 2025, the Ninth Circuit held that teaching yoga was protected speech, and, based on the record, Plaintiffs had satisfied the *Winter* factors necessary for a preliminary injunction. *Hubbard v. City of San Diego*, No. 24-4613, 2025 WL 1572736, at *4, *7 (9th Cir. 2025). The Ninth Circuit reversed and remanded, instructing the Court to enter a preliminary injunction in favor of Plaintiffs on their as-applied challenge. *Id.* at *7.

//
//
//
//

Accordingly, the Court **GRANTS** Plaintiffs' motion for a preliminary injunction. During the pendency of this action, Defendants and all others acting in concert with them are enjoined from using SDMC § 63.0102 to prohibit Plaintiffs from teaching yoga classes or lecturing in San Diego shoreline parks.

It is **SO ORDERED**.

Dated: June 13, 2025

Hon. Cathy Ann Bencivengo
United States District Judge