Ijadi & Pease, APC
Bryan W. Pease (SBN 239139)
3960 W. Point Loma Blvd., Suite H-2562
San Diego, CA 92110
Ph. (619) 723-0369
Email: bryan@peaselaw.org

Attorney for Plaintiffs Steven Hubbard and Amy Baack

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN HUBBARD and AMY BAACK,<br><br>             Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO, ROBERTO BEJAR, B. YATES, N. COLLINS, J. PROSPERO, and J. AGUILAR,<br><br>             Defendants. | Case No. 24-cv-972-CAB-MMP<br><br>**NOTICE OF ERRATA** |

NOTICE OF ERRATA

TO THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that Plaintiffs' Notice of Ruling on Motion to Quash Third Party Subpoenas (ECF No. 66) was erroneously filed in this case. Plaintiffs intended to file the notice in *Hubbard v. City of San Diego,* Case No. 26-cv-04084 and thereafter did so.

Dated: July 22, 2026

By:   s/ Bryan W. Pease
      Bryan W. Pease
      Attorney for Plaintiffs

NOTICE OF ERRATA